# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-00288-RGK (AGRx) | Date | December 16, 2020 |
|---|---|---|---|
| Title | Quashay Davis v. Jamal Rashid, et al. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge |
|---|---|

| Karl Lozada | Teams 12/16/2020 | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs | Attorneys Present for Defendants |
|---|---|
| Nathan Goldberg<br>Dolores Y. Leal | Jonathan D. Evans |

**Proceedings:**   **VIDEO SETTLEMENT CONFERENCE**

The hearing is held by video using Microsoft Teams. Nathan Goldberg, Esq. & Dolores Y. Leal, Esq. appear on behalf of Plaintiff. Plaintiff Quashay Davis is also present. Jonathan D. Evans, Esq. appears on behalf of Defendant.

The settlement conference is conducted off the record.

The case did not settle. Counsel are to contact the Clerk, Karl Lozada, at agr_chambers@cacd.uscourts.gov when counsel agree a second session of the settlement conference would be productive.


cc:     Judge R. Gary Klausner

        All Parties of Record

                                                                        1:50

                                        Initials of Preparer        kl