**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Quashay Davis,<br><br>    Plaintiff(s),<br><br> vs.<br><br>Jamal Rashid, et al,<br><br>    Defendant(s). | CASE NO. 2:20-cv-00288-RGK-AGR<br><br>**ORDER REMOVING MATTER FROM COURT'S ACTIVE CASELOAD** |

In light of the Request to Stay Case filed on January 15, 2021 [39], regarding the January 13, 2021 Chapter 13 Bankruptcy filed by defendant Jamal Rashid, the Court hereby ORDERS this matter removed from the Court's active caseload, pending the outcome of said proceedings and/or further order of this Court. Counsel are to properly motion this Court should they desire this matter placed back on active status.

**IT IS SO ORDERED.**

DATED: January 19, 2021

                _____
                **R. GARY KLAUSNER**
                **UNITED STATES DISTRICT JUDGE**